**Electronically Filed
Supreme Court
SCWC-16-0000109
03-APR-2018
12:20 PM**

SCWC-16-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

CALVIN K. KANOA, JR.,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000109; FC-CR. NO. 15-1-0020)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Calvin K. Kanoa, Jr.'s

application for writ of certiorari, filed on February 20, 2018,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 3, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

